Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−29471−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fern L. Isom−Majette
2043 Bammoral Ave
Union, NJ 07083

Social Security No.:
xxx−xx−2889

Employer's Tax I.D. No.:

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Rosemary Gambardella on

Date:                December 7, 2016
Time:                10:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*48* − Objection to Motion to Approve Loan Modification (related document:45 Motion to Approve Loan Modification with Midland Mortgage Filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. Objection deadline is 11/28/2016. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Fern L. Isom−Majette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

and transact such other business as may properly come before the meeting.


Dated: November 21, 2016
JJW: kat

James J. Waldron
Clerk