Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 15−29471−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fern L. Isom−Majette
   2043 Bammoral Ave
   Union, NJ 07083

Social Security No.:
   xxx−xx−2889

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Rosemary Gambardella on

Date:           December 7, 2016
Time:          10:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*48* – Objection to Motion to Approve Loan Modification (related document:45 Motion to Approve Loan Modification with Midland Mortgage Filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. Objection deadline is 11/28/2016. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Fern L. Isom−Majette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

and transact such other business as may properly come before the meeting.


Dated: November 21, 2016
JJW: kat

                                                 James J. Waldron
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 15-29471-RG
Fern L. Isom-Majette                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1                Date Rcvd: Nov 21, 2016
                                Form ID: 173             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db          +Fern L. Isom-Majette,    2043 Bammoral Ave,    Union, NJ 07083-5301
cr          +CITIMORTGAGE, INC.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    CITIMORTGAGE, INC., nj.bkecf@fedphe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Walter D. Nealy    on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com
                                                                                             TOTAL: 4