UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Walter D. Nealy, Esq.
Attorney at Law
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: 201-227-0063 / Fax: 201-227-6118
Email: nealylaw@gmail.com

In Re:

Fern L. Isom-Majette

**Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     15-29471-RG

Chapter:          13

Judge:      Rosemary Gambardell

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 2, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 21, 2016_____ :

Property:    2043 Bammoral Ave., Union, New Jersey 07083

Creditor:    Midland Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____08/04/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*