UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Walter D. Nealy, Esq.
Attorney at Law
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: 201-227-0063 / Fax: 201-227-6118
Email: nealylaw@gmail.com

In Re:

Fern L. Isom-Majette

**Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:        15-29471-RG

Chapter:              13

Judge:        Rosemary Gambardell

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 2, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ July 21, 2016 _____ :

Property:        2043 Bammoral Ave., Union, New Jersey 07083 _____

Creditor:        Midland Mortgage _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ Attorney _____ ,
   and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ ,
   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 08/04/2017 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29471-RG
Fern L. Isom-Majette                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 03, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db              +Fern L. Isom-Majette,    2043 Bammoral Ave,    Union, NJ 07083-5301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor   CITIMORTGAGE, INC., nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Walter D. Nealy    on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com,
           r43366@notify.bestcase.com
                                                                            TOTAL: 4