Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−29471−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Fern L. Isom−Majette
  2043 Bammoral Ave
  Union, NJ 07083
Social Security No.:
  xxx−xx−2889
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/17 at 10:30 AM

to consider and act upon the following:

*64* − Motion to Approve Loan Modification with Midland Mortgage Filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. Objection deadline is 10/20/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit A # 4 Certificate of Service) (Nealy, Walter)

Dated: 10/24/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court