Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−29471−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Fern L. Isom−Majette
    2043 Bammoral Ave
    Union, NJ 07083

Social Security No.:
    xxx−xx−2889

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/17 at 10:30 AM

to consider and act upon the following:

*64* − Motion to Approve Loan Modification with Midland Mortgage Filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. Objection deadline is 10/20/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit A # 4 Certificate of Service) (Nealy, Walter)

Dated: 10/24/17

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Fern L. Isom-Majette  
    Debtor

Case No. 15-29471-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                   Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db          +Fern L. Isom-Majette,    2043 Bammoral Ave,    Union, NJ 07083-5301  
cr          +CITIMORTGAGE, INC.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
         Andrew L. Spivack     on behalf of Creditor     CITIMORTGAGE, INC., nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Walter D. Nealy     on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com, r43366@notify.bestcase.com  
     TOTAL: 4