| | |
|---|---|
| **WALTER D. NEALY, ESQ.**<br>**ATTORNEY AT LAW**<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey  07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Attorney for Debtor<br>Email: nealylaw@gmail.com | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>FILED<br>JEANNE A. NAUGHTON, CLERK<br>NOV - 8 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In Re:<br><br>Fern L. Isom-Majette<br><br>                        Debtor | Case No. 15-29471-RG<br><br>Chapter: 13<br><br>Hearing Date: November 1, 2017<br><br>Time: 10:30 am<br><br>Judge: Rosemary Gambardella |

## ORDER GRANTING MOTION TO PERMIT
## ENTRY INTO LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

11-8-17            _Rosemary Gambardella_
                   USBJ

**DEBTOR:** Fern L. Isom-Majette

**CASE NO:** 15-29471-RG

**CAPTION OF ORDER:** ORDER GRANTING MOTION TO PERMIT ENTRY INTO LOAN MODIFICATION

---

**THIS MATTER** having been brought before the Court by Walter D. Nealy, attorney for the Debtor Fern L. Isom-Majette, on Motion to Permit Entry Into Loan Modification, it is hereby

**ORDERED** Permission for the Debtor to enter into the Loan Modification with MidFirst Bank dated April 28, 2017 attached as Exhibit A to the Motion is granting Nun Pro Tunc to April 28, 2017; 



**ORDERED** that said Loan Modification is approved by the Court.