**WALTER D. NEALY, ESQ.**
**ATTORNEY AT LAW**
**100 South Van Brunt Street, Suite 2C**
**Englewood, New Jersey  07631**
**Phone: (201) 227-0063**
**Fax: (201) 227-6118**
**Attorney for Debtor**
**Email: nealylaw@gmail.com**

In Re:

Fern L. Isom-Majette

                        Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV - 8 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No. 15-29471-RG

Chapter: 13

Hearing Date: November 1, 2017

Time: 10:30 am

Judge: Rosemary Gambardella

## ORDER GRANTING MOTION TO PERMIT
## ENTRY INTO LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

11-8-17 _____

Rosemary Gambardella
USBJ

**DEBTOR:**   Fern L. Isom-Majette

**CASE NO:**   15-29471-RG

**CAPTION OF ORDER:**   **ORDER GRANTING MOTION TO PERMIT
ENTRY INTO LOAN MODIFICATION**

---

**THIS MATTER** having been brought before the Court by Walter D. Nealy, attorney for
the Debtor Fern L. Isom-Majette, on Motion to Permit Entry Into Loan Modification, it is hereby

**ORDERED** Permission for the Debtor to enter into the Loan Modification with MidFirst Bank
dated April 28, 2017 attached as Exhibit A ~~is granting~~ to the Motion Nun Pro Tunc to April 28, 2017; 

**ORDERED** that said Loan Modification is approved by the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-29471-RG
Fern L. Isom-Majette                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 08, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Fern L. Isom-Majette,    2043 Bammoral Ave,   Union, NJ 07083-5301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC., nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Walter D. Nealy    on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com,
        r43366@notify.bestcase.com
                                                                                        TOTAL: 4