Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−29471−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Fern L. Isom−Majette
  2043 Bammoral Ave
  Union, NJ 07083

Social Security No.:
  xxx−xx−2889

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      1/17/18
Time:      10:30 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Walter D. Nealy

COMMISSION OR FEES
$2450.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 7, 2017
JAN:

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 15-29471-RG
Fern L. Isom-Majette                                            Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2        Date Rcvd: Dec 07, 2017
                              Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db             +Fern L. Isom-Majette,    2043 Bammoral Ave,    Union, NJ 07083-5301
cr             +CITIMORTGAGE, INC.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
515841954     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financ,
                 P O Box 183853,   Arlington, TX 76096)
515795706      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
515795708      +Capital One,    701 East 60th Street,    Sioux Falls, SD 57104-0432
515839009       CitiMortgage, Inc.,    P.O. Box 6030,   Sioux Falls, SD 57117-6030
515795710      +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
515795711      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515795712      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
516361261      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
516361262      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
515836996      +Navient Solutions Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
515795716      +Phelan Hallinan Schmieg,    1 Gateway , Suite 1125,    Newark, NJ 07102-5310
515795718      +State Of Nj Highed Ed,    Po Box 548,   Trenton, NJ 08625-0548
515795720      +Triad Financial Corp/Santander,     Attn: Bankruptcy Department,    Po Box 105255,
                 Atlanta, GA 30348-5255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 21:26:23     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 21:26:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515795709      +E-mail/Text: bankruptcy@cashcall.com Dec 07 2017 21:26:31     Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
515795713       E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 21:26:15     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
515795714      +E-mail/Text: ally@ebn.phinsolutions.com Dec 07 2017 21:26:11     Natl A Fin,    Po Box 130424,
                 Roseville, MN 55113-0004
515795715      +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2017 21:25:08     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
515961135      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2017 21:26:26     Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
515795717      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 07 2017 21:25:26     Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
515795719      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 21:25:06     Synchrony Bank/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515795707      ##+Capital One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin               Page 2 of 2              Date Rcvd: Dec 07, 2017
                                  Form ID: 137              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor   CITIMORTGAGE, INC., nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Walter D. Nealy    on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                             TOTAL: 4
```