| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on February 11, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    FERN L. ISOM-MAJETTE | Case No.:  15-29471 RG<br><br>Hearing Date:  2/6/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 11, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): FERN L. ISOM-MAJETTE

Case No.: 15-29471

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/06/2019 on notice to WALTER D. NEALY P.C., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,267.00 starting on 2/1/2019 for the remaining 21 month(s).