Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−29471−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fern L. Isom−Majette
   2043 Bammoral Ave
   Union, NJ 07083

Social Security No.:
   xxx−xx−2889

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/19/19 at 10:00 AM

to consider and act upon the following:

*95* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/6/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*97* − Creditor's Certification of Default (related document:76 Motion for Relief from Stay re: re: 2043 Balmoral Avenue, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor MidFirst Bank, 78 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/14/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*98* − Chapter 13 Debtor's Certification in Opposition to Standing Chapter 13 Trutee Certification of Default (related document:97 Creditor's Certification of Default (related document:76 Motion for Relief from Stay re: re: 2043 Balmoral Avenue, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor MidFirst Bank, 78 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/14/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Nealy, Walter)

Dated: 5/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Fern L. Isom-Majette  
    Debtor

Case No. 15-29471-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 07, 2019  
                       Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.  
db         +Fern L. Isom-Majette,    2043 Bammoral Ave,    Union, NJ 07083-5301  
cr         +CITIMORTGAGE, INC.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC., nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com  
         Walter D. Nealy    on behalf of Debtor Fern L. Isom-Majette nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
                                                                                             TOTAL: 5