Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−29471−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fern L. Isom−Majette
2043 Bammoral Ave
Union, NJ 07083

Social Security No.:
xxx−xx−2889

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/19 at 10:00 AM

to consider and act upon the following:

*109* − Chapter 13 Debtor's Certification in Opposition to MidlFirst Bank Certification of Default (related document:108 Creditor's Certification of Default (related document:76 Motion for Relief from Stay re: re: 2043 Balmoral Avenue, Union, NJ, 07083. Fee Amount $ 181. filed by Creditor MidFirst Bank, 97 Creditor's Certification of Default filed by Creditor MidFirst Bank, 105 Order (Generic)) filed by Denise E. Carlon on behalf of Midfirst Bank. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Midfirst Bank) filed by Walter D. Nealy on behalf of Fern L. Isom−Majette. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Nealy, Walter)

Dated: 11/27/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court